_____ FILED _____ LODGED
_____RECEIVED

Jan 27, 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TRASE DAMIEN ELLIOTT,

Defendant.

NO.  MJ23-5030

COMPLAINT FOR VIOLATIONS
21 U.S.C. § 841(a)(1), (b)(1)(B); 18 U.S.C.
§ 924(c)

BEFORE the Honorable Theresa L. Fricke, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

**COUNT 1**

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about February 23, 2022 in Pierce County, within the Western District of Washington, and elsewhere, TRASE DAMIEN ELLIOTT, did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (f*entanyl*), a substance controlled under Title 21, United States Code.

It is further alleged that the offense involved 40 grams or more of a mixture or substance containing a detectable amount of fentanyl.

Complaint - 1
*United States v. Elliot*
USAO No. 2022R01288

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 2

### (Possession of a firearm in furtherance of a drug trafficking offense)

On or about February 23, 2022 in Pierce County, within the Western District of Washington, TRASE DAMIEN ELLIOTT knowingly possessed a firearm, that is: a 9mm Glock Model 17 pistol and a 40 caliber Glock Model 23 pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of Controlled Substances with Intent to Distribute*, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

And the complainant states that this Complaint is based on the following information:

I, Jeremy Henry, a Special Agent with the Federal Bureau of Investigation ("FBI") in Tacoma, Washington, having been first duly sworn on oath, hereby depose and state as follows:

### AFFIANT BACKGROUND & INTRODUCTION

1.      I am a Special Agent with the FBI and have been employed as such since January 2021. I am currently assigned to the Seattle Division of the FBI, Tacoma Resident Agency. I completed approximately twenty weeks of training at the FBI academy in Quantico, Virginia, including legal classes, investigative techniques, interview and interrogation, evidence preservation and collection, and classes on criminal and national security threats. I am currently authorized to investigate and enforce violations of federal criminal statutes, including those found in Title 18 and 21 of the United States Code. As a Special Agent in the Seattle Division, I have assisted in numerous investigations including but not limited to violent crime, narcotics trafficking,

Complaint - 2
*United States v. Elliot*
USAO No. 2022R01288

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

human trafficking, financial crimes, and cases of child exploitation. I am a member of the South Sound Gang Task Force ("SSGTF") and have participated in numerous investigations targeting narcotics trafficking. I have also received formal training as well as extensive on the job training, related to investigating violent gangs, drug trafficking organizations, and Mexican cartel operations including, but not limited to, human trafficking, weapons trafficking, narcotics trafficking, bulk cash smuggling, and money laundering. As a result of these investigations and formal training, I have become familiar with methods and techniques used by narcotics traffickers to import narcotics into the United States, distribute those narcotics within the United States, and the methods and techniques used to facilitate and conceal unlawful activity. This training and experience forms the basis for my opinions expressed below. All dates and times listed are approximate unless otherwise noted.

2.      The information in this Complaint is based on my personal participation in this investigation and information provided to me by other agents, officers, and witnesses, and information gained through my training and experience. Insofar as I have identified individuals in this Complaint, those identifications are made in good faith based on comparisons with Washington State DOL photographs, physical and electronic surveillance, as well as photographs maintained in law enforcement databases. Except where specifically indicated with quotation marks, the descriptions of any conversations are summaries, and are not intended to present a verbatim recitation of the words used by the participants.

3.      As set forth below, based on the facts set forth in this Complaint, there is probable cause to believe that violations of 21 U.S.C. § 841(a)(1), possession with intent to distribute controlled substances and 18 U.S.C. § 924(c), possession of a firearm in furtherance of a drug trafficking offense, (hereinafter, the TARGET OFFENSES) have been committed by TRASE DAMIEN ELLIOTT.

Complaint - 3
*United States v. Elliot*
USAO No. 2022R01288

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## SUMMARY OF THE INVESTIGATION

4.    The United States is conducting a criminal investigation of suspected drug trafficking and weapons violations involving Trase Damien Elliott. In late 2022, the FBI learned from local authorities that law enforcement officers contacted Elliott while he was in possession of a firearm and illegal narcotics.

<u>Pierce County Arrest</u>

5.    On February 23, 2022, at approximately 11:35pm, Pierce County Sheriff deputies working a night patrol observed a silver Jeep SUV make a "U-turn" at an intersection on a red light. Law enforcement then observed the Jeep drive at a high rate of speed through an Albertson's parking lot with its headlights off, making several high-speed turns. At one point an Albertson's patron had to dodge the vehicle to avoid being hit. The law enforcement officer who observed this behavior subsequently attempted to stop the Jeep, suspecting the driver to be under the influence of an intoxicating alcohol or drug. The law enforcement officer was equipped with a fully marked Pierce County Sheriff's patrol car and they attempted the traffic stop using the overhead lights and sirens equipped on the patrol car.

6.    The driver of the Jeep, later identified as Elliott, accelerated to speeds of over 100 miles per hour to elude law enforcement. Law enforcement officers pursued Elliott for approximately fifty blocks before they determined it appropriate to utilize a Precision Immobilization Technique "PIT" maneuver, which they then used to stop the Jeep.

7.    After stopping the Jeep, law enforcement officers contacted Elliott in the driver seat. No one else was in the vehicle. Elliott refused to exit his vehicle, forcing officers to pull him from the vehicle. He then attempted to run away as officers escorted him to a patrol vehicle. Although he initially refused, Elliott eventually identified himself to the arresting officers and he was placed under arrest. During the arrest, an officer observed Elliott's phone ringing on the ground. The caller said "MOM," so the officer answered the phone. The officer identified the caller as Diana Elliott, Trase Elliot's

Complaint - 4
*United States v. Elliot*
USAO No. 2022R01288

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

mother. Diana told the officer that the car was a rental in her name and that Elliott had permission to drive it.

8.     After arresting Elliott, an officer looked through the windows and doorways of the Jeep and observed a firearm protruding from under the front passenger seat. The firearm appeared to be a black-colored Glock handgun with an extended magazine. Law enforcement impounded the Jeep pending an application for a search warrant.

9.     On February 28, 2022, Pierce County Superior Court Judge Andre Penalver reviewed and signed a warrant authorizing the search of the Jeep. Upon searching the Jeep, law enforcement recovered two firearms underneath the front passenger seat. This included a 9mm Glock 17 and a 40 caliber Glock 23. Both had loaded magazines. The Glock 17 magazine contained a total of twenty-six 9mm rounds with one round in the chamber, and the Glock 23 magazine contained a total of twenty-one .40 caliber rounds with one round in the chamber.

10.     Officers also found a cloth bag under the front passenger seat, next to the firearms. The bag contained a large amount of what appeared to be prescription medications that were stored in two separate plastic Ziploc bags. Most of these pills appeared to be blue-colored "M30" pills and white-colored "V2090" pills. Based on my training and experience, although they advertise otherwise, these pills are commonly found to be counterfeit in nature and often contain amounts of schedule I controlled substances such as fentanyl. Law enforcement suspended the search upon finding the suspected narcotics and drafted an addendum to the original warrant. Judge Penalver signed the addendum on March 1, 2022, at which point law enforcement recovered the suspected narcotics from the Jeep. Law enforcement also found a driver's license, debit card, and COVID vaccine card all belonging to Elliott in the driver's side visor.

11.     In October of 2022, law enforcement submitted the suspected narcotics seized from the Jeep to the Washington State Patrol Tacoma Crime Laboratory for analysis. In December 2022, the Tacoma Crime Laboratory returned the following results for the suspected narcotics: The blue colored "M30" pills, numbering approximately 758

Complaint - 5
*United States v. Elliot*
USAO No. 2022R01288

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

pills and weighing approximately 84.9 grams, contained fentanyl, a schedule I drug. The white-colored "V2090" pills were counterfeit but did not contain a schedule I drug.

King County Investigation

12.    On April 7, 2022, Kent Police Department Police Officers responded to reports of a shooting at the Hill Crest Burial Park/Cemetery located in Kent. Upon the officers' arrival, the victim was located on the cemetery grounds, unresponsive, suffering from apparent gunshot wounds. The King County Medical Examiner later determined that the victim was killed by two gunshot wounds to the torso and determined the cause of death to be a homicide.

13.    Kent Police Department detectives later located multiple witnesses that were present and identified Elliott as the shooter.[1] Witnesses told detectives that Elliott had a verbal altercation with the victim before grabbing a small rifle or large pistol from his vehicle, which he then fired at the victim. One witness stated that the victim pulled a handgun from his waistband and pointed it at Elliott first. Elliott, who was already in possession of the small rifle or large pistol according to this witness, raised the firearm and fired multiple times, striking the victim. Elliott and his girlfriend then ran to their vehicle and fled the scene.

14.    A witness also told Kent Police Department that Elliott was in possession of a "Glock" that had a "Switch" that made the gun fully automatic. Kent Police detectives were provided a photo by this witness that depicted the short rifle/pistol "AR" that Elliot used to shoot the victim. The photo matched the style of the unique firearm that witnesses described Elliott using to shoot the victim. Further, Kent Police detectives searched the stormwater culvert near Elliott's home address, based on information that he discarded unfired ammunition for the weapon. In doing so, detectives located 127 "300 black out" cartridges, 7 of which matched the "LC 300" make/brand on the head-stamp/bunter of the cartridge cases located at the scene of the victim's death.

---

[1] The identity of the witnesses are known to law enforcement, however their identities are withheld due to the witnesses' concerns of retaliation.

Complaint - 6
*United States v. Elliot*
USAO No. 2022R01288

15.     On June 14, 2022, detectives conducted surveillance at a hotel in SeaTac, WA. They observed Elliott exit a room and proceed to load several luggage bags into a blue Kia located in the parking lot of the hotel. Photos of Elliott in the parking lot were obtained that show what appears to be a black extended ammunition magazine protruding from Elliott's waistline.

16.     On June 15, 2022, Elliott was observed by Kent Police detectives on the second story balcony of an apartment unit located in Graham, Washington. Detectives obtained a King County Superior Court search warrant for the premises. Upon contact with law enforcement, Elliott barricaded himself in the apartment and refused to exit. A SWAT team introduced chemical agents into the home and eventually Elliott surrendered.

17.     Law enforcement searched the apartment and located two loaded handguns in a toilet tank. Each gun was loaded with a single cartridge with a bullet chambered. The located firearms are a Glock 23, .40 caliber, with an Army green frame with a black slide, and a Glock 17, 9mm, with a tan frame and tan slide.

18.     Law enforcement also located four loaded extended ammunition magazines with the firearms. Additionally, investigators located approximately $38,000 in cash inside the apartment.

19.     The Glock 23 was equipped with a modification to the slide, known as a "Switch." Detectives test fired the gun and determined that it was functional. The "Switch" modified the handgun to function as a fully automatic machine gun. The Glock 23, with a single press of the trigger, fired 10 consecutive rounds in less than one second.

20.     A photograph obtained by Kent detectives in the parking lot of a hotel on June 14, 2022, depicted an army green framed gun with a black magazine in Elliot's waistband. This matched the Glock 23 located in the apartment when Elliot was arrested.

21.     At the time of the shooting on April 7, 2022, Elliott was out on bond for the pending Unlawful Possession of a Firearm (UPFA) 1 criminal charge in Pierce County Superior Court, as described above. Elliot is a convicted felon with convictions for drive-by shooting, unlawful possession of a firearm in the first degree, unlawful possession of a

Complaint - 7
*United States v. Elliot*
USAO No. 2022R01288

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

firearm in the second degree, and assault in the third degree. Elliot is therefore ineligible to legally possess a firearm.

## CONCLUSION

22.     Based on the above facts, I respectfully submit that there is probable cause to believe that TRASE DAMIEN ELLIOTT did knowingly possess with intent to manufacture, distribute, or dispense a controlled substance and possess a firearm in furtherance of a drug trafficking offense, all in violation of Title 21, United State Code, Sections § 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section § 924(c).

23.     Under Federal Rule of Criminal Procedure 4.1, this complaint is presented by reliable electronic means.

JEREMY K. HENRY
Special Agent, Federal Bureau of
Investigation

The above-named agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit on January 27, 2023. Based on the complaint and sworn affidavit, the Court finds that there is probable cause to believe that the defendant committed the offenses set forth in the complaint.

The Hon. Theresa L. Fricke
United States Magistrate Judge

Complaint - 8
*United States v. Elliot*
USAO No. 2022R01288

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800